IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| J.M., et al., | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiffs, | : | |
| v. | : | |
| NOBEL LEARNING COMMUNITIES, INC., | : | NO. 12-3882 |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 10th day of September, 2013, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 10) is **GRANTED**. The Clerk shall mark the case closed.

2. Plaintiffs are granted leave to file an Amended Complaint, consistent with this Court's Memorandum, within fourteen (14) days of this Order. If Plaintiffs do so, the Clerk shall re-open the matter.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Court Judge